UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RONALD K. LINDE, etc., Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

FIFTH STREET ASSET MANAGEMENT, INC., *et al.*,

Defendants.

Civil Action No. 3:16-cv-00025-RNC

February 10, 2016

### DEFENDANT FIFTH STREET ASSET MANAGEMENT, INC.'S UNOPPOSED MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK

Defendant Fifth Street Asset Management, Inc. ("FSAM"), through its undersigned counsel, hereby moves for an order under 28 U.S.C. § 1404(a) transferring the above-captioned putative securities class action to the United States District Court for the Southern District of New York, where related, earlier-filed securities class-action litigation is pending.

Plaintiffs do not oppose a transfer to the Southern District of New York.

The grounds for this relief are set forth in detail in the accompanying Memorandum of Law, and Declaration of Jonathan E. Richman and exhibits, and are incorporated by reference into this unopposed Motion, to which this Court's attention is directed.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, defendant FSAM respectfully requests that the Court transfer this action to the Southern District of New York.

DEFENDANT FIFTH STREET ASSET MANAGEMENT, INC.

By: /s/ Andrew M. Zeitlin
Andrew M. Zeitlin (ct 21386)
Shipman & Goodwin LLP
300 Atlantic Street, 3rd Floor
Stamford, CT 06901-3522
Tel: (203) 324-8111
Fax: (203) 324-8199
Email: azeitlin@goodwin.com

*Its Attorneys*

Of Counsel:

Ralph C. Ferrara
Ann M. Ashton
Proskauer Rose LLP
1001 Pennsylvania Avenue, N.W., Suite 600 South
Washington, D.C. 20004
Tel: (202) 416-6800
Fax: (202) 416-6899
Email: rferrara@proskauer.com
Email: aashton@proskauer.com

and

Jonathan E. Richman
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: jerichman@proskauer.com

## **CERTIFICATION**

I hereby certify that on February 10, 2016, a copy of the above Unopposed Motion to Transfer was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew M. Zeitlin

4551520v1